IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOSE CHEPITO AGUILAR**, **#1543906**, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. **3:12-CV-35-L-BK** |
| | § | |
| **RICK THALER, Director**, | § | |
| **Texas Department of Criminal Justice**, | § | |
| **Correctional Institutions Div**., | § | |
| | § | |
| Respondent. | § | |

## <u>ORDER</u>

The Fifth Circuit remanded this case for a determination as to whether Petitioner has shown

excusable neglect or good cause to support his timely motion for extension of time to appeal.  As

noted by the Fifth Circuit, Monday, March 18, 2013, was the final day for filing a timely notice of

appeal. The case was referred to Magistrate Judge Renee Harris Toliver, who entered Findings,

Conclusions and Recommendation of the United States Magistrate Judge ("Report") on June 12,

2013, recommending that Petitioner be granted an extension of time to appeal under Federal Rule

of Appellate Procedure 4(a)(5).  The magistrate judge determined that Petitioner filed his notice of

appeal on March 19, 2013, when he handed it to prison officials for mailing the same day.  "In light

of the minimal delay involved, the absence of prejudice, and Petitioner's prompt action in preparing

his notice of appeal the same day he received notice of the judgment," the magistrate judge

concluded that Petitioner has shown sufficient excusable neglect for an extension of time. No

objections to the Report were filed.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions

of the magistrate judge, the court determines that the findings and conclusions of the magistrate

judge are correct, and **accepts** them as those of the court.   The court therefore **grants** Petitioner a

one-day extension of time to appeal under Fed. R. App. 4(b)(4), and his appeal filed on March 19,

2013, is **deemed timely**.   The Clerk of the Court is **directed** to return this case to the United States

Court of Appeals for the Fifth Circuit for further proceedings or dismissal, as may be appropriate.

      **It is so ordered** this 2nd day of July, 2013.

 

 

                    Sam A. Lindsay
                    United States District Judge

**Order – Page 2**